**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>Southern District of New York</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an
amended filing

### Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 85-05 35 Avenue Realty Co., LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | N/A |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 13-3975423 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2     Grand Central Tower <br> <sub>Number    Street</sub> | <sub>Number        Street</sub> |
| 140 East 45th Street, 12th Floor | <br> <sub>P.O. Box</sub> |
| New York    New York    10017 <br> <sub>City      State      ZIP Code</sub> | <sub>City     State     ZIP Code</sub> |
| | **Location of principal assets, if different from principal place of business** |
| New York <br> <sub>County</sub> | 85-03      35th Avenue <br> <sub>Number      Street</sub> |
| | Jackson Heights   New York   11372 <br> <sub>City     State     ZIP Code</sub> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | N/A |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other.  Specify: _____ |

| | 25-11102-dsj   Doc 1   Filed 05/21/25   Entered 05/21/25 23:48:30   Main Document |
|---|---|
| Debtor | 85-05 35 Avenue Realty Co., LLC |
| | Name |

Pg 2 of 29

Case number (if known)   25-____  ( )

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above <u>Real Estate Investment Business and Management Company</u>

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5313</u> - <u>Activities Related to Real Estate</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes   District _____   When _____   Case number _____
                                              MM/ DD/ YYYY

                District _____   When _____   Case number _____
                                              MM / DD/ YYYY

| Debtor | 85-05 35 Avenue Realty Co., LLC | Case number (if known) | 25-    (  ) |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| Debtor | See Schedule 1 | Relationship | See Schedule 1 |
|---|---|---|---|
| District | Southern District of New York | When | May 21, 2025 |
| | | | MM / DD/ YYYY |

Case number, if known    _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____
                              Number          Street

                              _____
                              City                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency    _____

Contact Name    _____

Phone    _____

---

## ▌ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| **15. Estimated assets** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ■ Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 21, 2025
                     MM / DD/ YYYY

✗   /s/ Joel Wiener _____            Joel Wiener _____
    Signature of authorized representative of          Printed name
    debtor

    Authorized Signatory _____
    Title

**18. Signature of attorney**

✗   /s/ Gary T. Holtzer _____     Date   May 21, 2025 _____
    Signature of attorney for debtor                   MM / DD / YYYY

    Gary T. Holtzer _____
    Printed Name

    Weil, Gotshal & Manges LLP _____
    Firm Name

    767 Fifth Avenue _____
    Address

    New York, New York 10153 _____
    City/State/Zip

    (212) 310-8000 _____
    Contact Phone

    gary.holtzer@weil.com _____
    Email Address

    2401859 _____     New York _____
    Bar Number               State

### Schedule 1

#### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). A motion will be filed with the Court requesting the chapter 11 case of each entity listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Broadway Realty I Co., LLC.

| Debtors | Debtors | Debtors |
|---|---|---|
| Broadway Realty I Co., LLC | 1362 Ocean LLC | 43-60 Baychester, LLC |
| 193 Street Realty Co., LLC | 147 Realty Co., LLC | 45-35 Realty LLC |
| 2 West 120th Realty Co. LLC | 1535 Ocean LLC | 457 Schenectady LLC |
| 25/35 Hillside Associates LLC | 1554 Ocean LLC | 470 Realty NY LLC |
| 402-412 West 148 LLC | 1597 Realty LLC | 481 Eastern LLC |
| Hillside Realty I Co., LLC | 1601 Realty LLC | 529 East 22 LLC |
| 509 Realty Co. LLC | 1617 Realty LLC | 607 Rugby LLC |
| 281/295 Wadsworth Associates, LLC | 17 Realty LLC | 63-94 Austin Realty, LLC |
| 241 Sherman LLC | 176 Clarkson Ave LLC | 681 Ocean LLC |
| West 50th Street Realty Co., LLC | 18 Street Realty Co., LLC | 706 Realty NY LLC |
| 58 Elizabeth NY LLC | 1820 Realty LLC | 85 Clarkson LLC |
| 207 Realty LLC | 2102 Realty LLC | 85-05 35 Avenue Realty Co., LLC |
| 34 Seaman Associates, LLC | 222 Lenox Rd LLC | 915 Realty LLC |
| 233 Realty NY LLC | 225 Parkside LLC | 916 Carroll St LLC |
| Audobon Realty LLC | 2340 Valentine Avenue Realty Co., LLC | 932 Carroll LLC |
| 536 Realty Co. LLC | 2400 Realty NY LLC | 94-06 34th Avenue Realty Co., LLC |
| 237 Realty NY LLC | 2513 Newkirk LLC | 94-06 34th Road Realty Co., LLC |
| Manhattan Realty Co. LLC | 28-30 Argyle LLC | 990 Realty NY LLC |
| 349 Realty NY LLC | 292 St. Johns LLC | 991 Carroll St LLC |
| 1023 Realty LLC | 30 Road Realty Co., LLC | Clinton Property Co., LLC |
| 1038 Realty LLC | 307 12 St LLC | Fieldstone NY LLC |
| 1042 Realty LLC | 330 Realty NY LLC | Forest Parkway Realty Co., LLC |
| 1048 Realty LLC | 3301 Farragut LLC | Heath Realty LLC |
| 1060 Realty LLC | 34 Avenue Realty Co., LLC | Kingston Place Realty Co., LLC |
| 115 East 21 Realty Co., LLC | 3410 Kingsbridge LLC | Park Lane South Realty Co., LLC |
| 1171 President LLC | 40-15 Hampton LLC | Treger Management LLC |
| 1280 Realty NY LLC | 405 Realty LLC | |
| 1296 Realty LLC | 426 East 22 St LLC | |

**OMNIBUS WRITTEN CONSENT OF**
**THE GOVERNING BODIES OF**
**THE ENTITIES LISTED ON SCHEDULE A HERETO**

The undersigned, being the board of directors, board of managers, sole manager, sole member, or the member(s) of such sole member, as applicable (each, the "**Governing Body**" and, collectively, the "**Governing Bodies**"), pursuant to the applicable entity's organizational documents (collectively, the "**Governing Documents**"), of each of the entities listed on Schedule A hereto (each, an "**Entity**" and, collectively, the "**Entities**"), and each Governing Body acting on behalf of its respective Entity pursuant to the applicable Entity's Governing Documents and in accordance with applicable law, do hereby consent to the adoption of the following in lieu of a meeting, effective as of May 21, 2025 (the "**Effective Date**"), and each authorize every action contemplated thereby with respect to such Entity:

**WHEREAS**, each Governing Body, acting on behalf of its respective Entity, has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Entity regarding the liabilities and liquidity of the Entity, the pending foreclosure actions in New York State Supreme Court against certain properties held by certain Entities (as applicable), the related application for the immediate appointment of a receiver with respect to the properties pending in connection with the foreclosure actions, the strategic alternatives available to it, and the impact of the foregoing on the Entity's business;

**WHEREAS**, each Governing Body, acting on behalf of its respective Entity, has had the opportunity to consult with the management and the legal and financial advisors of such Entity to consider each of the strategic alternatives available to the Entity; and

**WHEREAS**, each Governing Body, acting on behalf of its respective Entity, desires to approve, adopt and authorize the following resolutions.

## I.   Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that in the respective business judgment of each Governing Body, and in consultation with management and the legal and financial advisors of its respective Entity, it is desirable and in the best interests of its respective Entity (including in consideration of its creditors and other parties in interest) that such Entity shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (each, a "**Chapter 11 Case**" and, collectively, the "**Chapter 11 Cases**") under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States;

**FURTHER RESOLVED**, that Joel Wiener, Moshe Weinberger, Adam Kaplan, and any manager, member, officer, director or authorized signatory of each applicable Entity (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute, verify, and file, in the name and on behalf of its respective Entity, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, orders, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by attorneys, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, proper, or desirable in connection with the Entity's Chapter 11 Case, including, without limitation, negotiating, executing, delivering, and performing any and all documents, agreements, certificates, or instruments in connection with the transactions and professional retentions set forth in this resolution;

II.    **Retention of Advisors**

**FURTHER RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for such Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the firm of FTI Consulting, Inc., located at 555 12th Street NW, Suite 700, Washington, D.C., 20004, is hereby retained as financial advisor for such Entity in the Chapter 11 Case, subject to Bankruptcy Court approval.

III.    **General Authorization and Ratification**

**FURTHER RESOLVED**, that any Authorized Person, in the name and on behalf of its respective Entity, in each case, acting singly or jointly, is hereby authorized, empowered, and directed, to cause such Entity to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Person shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case;

**FURTHER RESOLVED**, that such Entity and any Authorized Person, on behalf of the Entity, has the authority to take such other actions as necessary to cause the filing of the Chapter 11 Cases;

**FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or member of its respective Entity, in the name of and on behalf of such Entity on or prior to the Effective Date, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved, confirmed, and adopted as the acts and deeds of such Entity in all respects; and

**FURTHER RESOLVED**, that any Authorized Person, with respect to its respective Entity, is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Authorized Person, a true copy of the foregoing resolutions.

*[Remainder of Page Intentionally Blank]*

**Schedule A**

| | |
|---|---|
| 1 | Broadway Realty I Co., LLC |
| 2 | 193 Street Realty Co., LLC |
| 3 | 2 West 120th Realty Co. LLC |
| 4 | 25/35 Hillside Associates LLC |
| 5 | 402-412 West 148 LLC |
| 6 | Hillside Realty I Co., LLC |
| 7 | 509 Realty Co. LLC |
| 8 | 281/295 Wadsworth Associates, LLC |
| 9 | 241 Sherman LLC |
| 10 | West 50th Street Realty Co., LLC |
| 11 | 58 Elizabeth NY LLC |
| 12 | 207 Realty LLC |
| 13 | 34 Seaman Associates, LLC |
| 14 | 233 Realty NY LLC |
| 15 | Audobon Realty LLC |
| 16 | 536 Realty Co. LLC |
| 17 | 237 Realty NY LLC |
| 18 | Manhattan Realty Co. LLC |
| 19 | 349 Realty NY LLC |
| 20 | 1023 Realty LLC |
| 21 | 1038 Realty LLC |
| 22 | 1042 Realty LLC |
| 23 | 1048 Realty LLC |
| 24 | 1060 Realty LLC |
| 25 | 115 East 21 Realty Co., LLC |
| 26 | 1171 President LLC |
| 27 | 1280 Realty NY LLC |
| 28 | 1296 Realty LLC |
| 29 | 1362 Ocean LLC |
| 30 | 147 Realty Co., LLC |
| 31 | 1535 Ocean LLC |
| 32 | 1554 Ocean LLC |
| 33 | 1597 Realty LLC |
| 34 | 1601 Realty LLC |
| 35 | 1617 Realty LLC |
| 36 | 17 Realty LLC |
| 37 | 176 Clarkson Ave LLC |
| 38 | 18 Street Realty Co., LLC |
| 39 | 1820 Realty LLC |
| 40 | 2102 Realty LLC |
| 41 | 222 Lenox Rd LLC |
| 42 | 225 Parkside LLC |

| | |
|---|---|
| 43 | 2340 Valentine Avenue Realty Co., LLC |
| 44 | 2400 Realty NY LLC |
| 45 | 2513 Newkirk LLC |
| 46 | 28-30 Argyle LLC |
| 47 | 292 St. Johns LLC |
| 48 | 30 Road Realty Co., LLC |
| 49 | 307 12 St LLC |
| 50 | 330 Realty NY LLC |
| 51 | 3301 Farragut LLC |
| 52 | 34 Avenue Realty Co., LLC |
| 53 | 3410 Kingsbridge LLC |
| 54 | 40-15 Hampton LLC |
| 55 | 405 Realty LLC |
| 56 | 426 East 22 St LLC |
| 57 | 43-60 Baychester, LLC |
| 58 | 45-35 Realty LLC |
| 59 | 457 Schenectady LLC |
| 60 | 470 Realty NY LLC |
| 61 | 481 Eastern LLC |
| 62 | 529 East 22 LLC |
| 63 | 607 Rugby LLC |
| 64 | 63-94 Austin Realty, LLC |
| 65 | 681 Ocean LLC |
| 66 | 706 Realty NY LLC |
| 67 | 85 Clarkson LLC |
| 68 | 85-05 35 Avenue Realty Co., LLC |
| 69 | 915 Realty LLC |
| 70 | 916 Carroll St LLC |
| 71 | 932 Carroll LLC |
| 72 | 94-06 34th Avenue Realty Co., LLC |
| 73 | 94-06 34th Road Realty Co., LLC |
| 74 | 990 Realty NY LLC |
| 75 | 991 Carroll St LLC |
| 76 | Clinton Property Co., LLC |
| 77 | Fieldstone NY LLC |
| 78 | Forest Parkway Realty Co., LLC |
| 79 | Heath Realty LLC |
| 80 | Kingston Place Realty Co., LLC |
| 81 | Park Lane South Realty Co., LLC |
| 82 | Treger Management LLC |

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE HOLDING COMPANY LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**30 Road Realty Co., LLC**
**193 Street Realty Co., LLC**
**34 Avenue Realty Co., LLC**
**Hillside Realty I Co., LLC**
**Forest Parkway Realty Co., LLC**
**Broadway Realty I Co., LLC**
**85-05 35 Avenue Realty Co., LLC**
**Park Lane South Realty Co., LLC**
**18 Street Realty Co., LLC**

By: _Signed by:_
    _Joel Wiener_
    A26E8473293449A
Name: Joel Wiener
Title: Authorized Person

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE HOLDING COMPANY II, LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**Kingston Place Realty Co., LLC**
**63-94 Austin Realty, LLC**
**43-60 Baychester, LLC**
**West 50th Street Realty Co., LLC**
**94-06 34th Avenue Realty Co., LLC**
**94-06 34th Road Realty Co., LLC**
**2340 Valentine Avenue Realty Co., LLC**

By: _____
Signed by:
*Joel Wiener*
A20E6573293d49A
Name: Joel Wiener
Title: Authorized Person

*[Signature Page to Omnibus Consent – Approval of Filing]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE MARKS LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**17 Realty LLC**
**2513 Newkirk LLC**
**1617 Realty LLC**

Signed by:

*Joel Wiener*

By: _____
Name: Joel Wiener
Title: Authorized Person

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE CROSSTOWN LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**233 Realty NY LLC**
**237 Realty NY LLC**
**349 Realty NY LLC**

Signed by:

**By:** Joel Wiener
A26E8473293869A

Name: Joel Wiener
Title: Authorized Person

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**GMP HOLDINGS LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**241 Sherman LLC**
**402-412 West 148 LLC**
**Audobon Realty LLC**
**207 Realty LLC**

Signed by:

By: *Joel Wiener*
A26E8473295749A...
Name: Joel Wiener
Title: Authorized Person

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE HOLDING COMPANY XXXV LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**1171 President LLC**
**1362 Ocean LLC**
**1535 Ocean LLC**
**1554 Ocean LLC**
**176 Clarkson Ave LLC**
**222 Lenox Rd LLC**
**225 Parkside LLC**
**292 St. Johns LLC**
**307 12 St LLC**
**3301 Farragut LLC**
**426 East 22 St LLC**
**457 Schenectady LLC**
**481 Eastern LLC**
**529 East 22 LLC**
**607 Rugby LLC**
**681 Ocean LLC**
**85 Clarkson LLC**
**916 Carroll St LLC**
**932 Carroll LLC**
**991 Carroll St LLC**
**3410 Kingsbridge LLC**
**28-30 Argyle LLC**

By: _Joel Wiener_ _____
Signed by:
A20E0479293A49A
Name: Joel Wiener
Title: Authorized Person

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE HOLDING COMPANY XXXII LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**2400 Realty NY LLC**

By: *Joel Wiener*
Name: Joel Wiener
Title: Authorized Person

**2400 Realty NY LLC**

**By: Pinnacle Partners GP LLC (as the MEMBER of Pinnacle Holding Company XXXII LLC)**

By: *Joel Wiener*
Name: Joel Wiener
Title: Authorized Person

*[Signature Page to Omnibus Consent – Approval of Filing]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**THE ZARASAI GROUP LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**Fieldstone NY LLC**
**Heath Realty LLC**
**58 Elizabeth NY LLC**
**Treger Management LLC**
**25/35 Hillside Associates LLC**
**509 Realty Co. LLC**
**281/295 Wadsworth Associates, LLC**
**34 Seaman Associates, LLC**
**115 East 21 Realty Co., LLC**
**147 Realty Co., LLC**
**40-15 Hampton LLC**

By: *Joel Wiener*
Name: Joel Wiener
Title: Authorized Person

**40-15 Hampton LLC**

**By: The Zarasai Group Ltd. (as a MEMBER of**
**The Zarasai Group LLC)**

By: *Joel Wiener*
Name: Joel Wiener
Title: Authorized Person

**40-15 Hampton LLC**

**By: The Zarasai Group NY Inc. (as a MEMBER of**
**The Zarasai Group LLC)**

By: *Joel Wiener*
Name: Joel Wiener
Title: President and Sole Member of the Board
Directors

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**PINNACLE NEISS LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**470 Realty NY LLC**
**1296 Realty LLC**
**330 Realty NY LLC**
**2102 Realty LLC**
**405 Realty LLC**
**1280 Realty NY LLC**
**990 Realty NY LLC**
**706 Realty NY LLC**
**1820 Realty LLC**
**1060 Realty LLC**
**915 Realty LLC**
**1038 Realty LLC**
**1042 Realty LLC**
**1597 Realty LLC**
**1023 Realty LLC**
**1601 Realty LLC**
**1048 Realty LLC**

Signed by:

**By:** _Joel Wiener_
A26E847329599A
Name: Joel Wiener
Title: Authorized Person

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the Effective Date.

**THE ZARASAI GROUP II LLC**
**AS MEMBER and/or MANAGER (as applicable) of**

**45-35 Realty LLC**
**2 West 120th Realty Co. LLC**
**Manhattan Realty Co. LLC**
**536 Realty Co. LLC**
**Clinton Property Co., LLC**

By: _Joel Wiener_
Name: Joel Wiener
Title: Authorized Person

**45-35 Realty LLC**
**536 Realty Co. LLC**

**By: The Zarasai Group Ltd. (as a MEMBER of**
**The Zarasai Group II LLC)**

By: _Joel Wiener_
Name: Joel Wiener
Title: Authorized Person

**45-35 Realty LLC**
**536 Realty Co. LLC**

**By: The Zarasai Group NY Inc. (as a MEMBER of**
**The Zarasai Group II LLC)**

By: _Joel Wiener_
Name: Joel Wiener
Title: President and Sole Member of the Board of
Directors

*[SIGNATURE PAGE TO OMNIBUS CONSENT – APPROVAL OF FILING]*

**Fill in this information to identify the case:**

Debtor name:  85-05 35 Avenue Realty Co., LLC

United States Bankruptcy Court for the Southern District of New York
(State)

Case number (*If known*):    25-_____  (  )

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of consolidated creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured  claim |
| 1 | Liftco Elevator Group Attn.: Dov Glick P.O. Box 1413 Spring Valley, New York 10977 | Attn.: Dov Glick Phone: (212) 444-9199 Email: dispatch0@liftcoelevator.com | Trade Debt | | | | $367,482.19 |
| 2 | Sentry Elevator Corporation Attn.: Joel Litchman P.O. Box 320162 Brooklyn, New York 11232 | Attn.: Joel Litchman Phone: (718) 704-1644 Email: service@sentryelevator.com | Trade Debt | | | | $345,220.97 |
| 3 | Eastern Elevator of New York Attn.: Joel Matyas 1236 McDonald Avenue Brooklyn, New York 11230 | Attn.: Joel Matyas Phone: (718) 215-5510 Email: aviva@easternelevatorny.com | Trade Debt | | | | $322,794.41 |
| 4 | GW Mechanical Corporation Attn.: Garry Gurevtich 854 Humboldt Street Brooklyn, New York 11222 | Attn.: Garry Gurevtich Phone: (718) 383-0294 Email: gwmechanical@verizon.net | Trade Debt | | | | $297,332.35 |
| 5 | GK Dean Contracting Corporation Attn.: Sunny Dean 239-19 88th Avenue Bellerose, New York 11426 | Attn.: Sunny Dean Phone: (917) 939-0616 Email: panjabisports@yahoo.com | Trade Debt | | | | $196,000.00 |
| 6 | Steinman Piping and Heating Corporation Attn.: Sherky Sahiti 3000 Kingsbridge Avenue, Suite 1B Bronx, New York 10463 | Attn.: Sherky Sahiti Phone: (718) 275-1417 Email: steinmanph@yahoo.com | Trade Debt | | | | $165,782.93 |
| 7 | National Grid USA Service Company, Inc. Attn.: President 2 Hanson Place Brooklyn, New York 11217 | Attn.: President Phone: (718) 643-4050 | Utility | | | | $138,902.27 |

---

[1]    The following is a consolidated list of creditors holding the 20 largest unsecured claims against the above-captioned debtor and its affiliated debtors (the "**Debtors**"). The list reflects amounts from the Debtors' books and records as of May 19, 2025.

| Debtor | 85-05 35 Avenue Realty Co., LLC | Case number (if known) | 25-_____ ( ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  Antique Contracting Corporation<br>Attn.: Sunny Dean<br>88-20 Moline Street<br>Queens Village, New York 11427 | Attn.: Sunny Dean<br>Phone: (516) 263-4958<br>Email: anicorp24@yahoo.com | Trade Debt | | | | $129,126.00 |
| 9  Eagle General Construction<br>Attn.: Dzafer Mujovic<br>1684 West 1st Street, Suite A4<br>Brooklyn, New York 11223 | Attn.: Dzafer Mujovic<br>Phone: (646) 403-6125<br>Email: arbgeneral@aol.com | Trade Debt | | | | $121,570.00 |
| 10  NYC Water Board<br>Attn.: Legal Department<br>P.O. Box 11863<br>Newark, New Jersey 07101-8163 | Attn.: Legal Department<br>Phone: (718) 595-7000<br>Email: customerservice@dep.nyc.gov | Utility | | | | $102,450.00 |
| 11  Foster Contracting Inc.<br>Attn.: Muhammed Halim<br>705 Foster Avenue<br>Brooklyn, New York 11230 | Attn.: Muhammed Halim<br>Phone: (917) 254-5532<br>Email: mohammed@halim.build | Trade Debt | | | | $94,700.00 |
| 12  Horing Welikson Rosen & Digrugilliers, P.C.<br>Attn.: Phil Rosen<br>11 Hillside Avenue<br>Williston Park, New York 11596 | Attn.: Phil Rosen<br>Phone: (718) 575-3838<br>Email: prosen@hwrpc.com | Professional Services | | | | $88,205.45 |
| 13  G Bauer Service, Inc.<br>Attn.: President<br>1624 Webster Avenue<br>Bronx, New York 10457-8016 | Attn.: President<br>Phone: (718) 299-1650<br>Email: bauer1624@yahoo.com | Trade Debt | | | | $86,357.07 |
| 14  Rapid Contracting, Inc.<br>Attn.: Aftab Khan<br>314 Deer Park Road<br>Dix Hills, New York 11746 | Attn.: Aftab Khan<br>Phone: (718) 772-7374<br>Email: rapidcontractor@aol.com | Trade Debt | | | | $82,500.00 |
| 15  Corner Hardware<br>Attn.: President<br>2266 Nostrand Avenue<br>Brooklyn, New York 11210 | Attn: President<br>Phone: (718) 927-4300<br>Email: adeutsch@cohdny.com | Trade Debt | | | | $80,029.94 |
| 16  Consolidated Edison Company of New York, Inc.<br>Attn.: Legal Department<br>JAF Station<br>P.O. Box 1702<br>New York, New York 10116-1702 | Attn.: Legal Department<br>Phone: (800) 752-6633 | Utility | | | | $79,042.68 |
| 17  Berger Boiler Corporation<br>Attn.: Ada Lora<br>10013 Foster Avenue<br>Brooklyn, New York 11236 | Attn.: Ada Lora<br>Phone: (718) 282-1448<br>Email: service@bergerboiler.com | Trade Debt | | | | $76,545.74 |
| 18  PS General Construction Corporation<br>Attn.: Galam Sarwar<br>98 Lily Pond Avenue<br>Staten Island, New York 10305 | Attn.: Galam Sarwar<br>Phone: (347) 270-6759<br>Email: psgeneralcorp@gmail.com | Trade Debt | | | | $74,400.00 |

Debtor    85-05 35 Avenue Realty Co., LLC    _____    Case number (if known)    25-_____ ( )
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  Exit Mold & Exit Lead<br>Attn.: Sam Stern<br>10 Brower Avenue<br>Woodmere, New York 11598 | Attn.: Sam Stern<br>Phone: (516) 512-7877<br>Email: info@exitmold.net | Trade Debt | | | | $59,879.73 |
| 20  MBA Supply Company<br>Attn.: President<br>847 E 52nd Street<br>Brooklyn, New York 11203 | Attn.: President<br>Phone: (718) 245-0077 | Trade Debt | | | | $59,672.53 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                               :
In re                                          :        **Chapter 11**
                                               :
**85-05 35 AVENUE REALTY CO., LLC,**           :        **Case No. 25–_____ (     )**
                                               :
         **Debtor.**                           :
                                               :
-------------------------------------------------------- x

### CONSOLIDATED CORPORATE
### OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY
### HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, respectfully represent as follows in support of this corporate ownership statement and list of holders having a direct or indirect ownership interest in the Debtors:

1.      Non-Debtor entity Pinnacle Holding Company LLC ("**Pinnacle LLC**") is a limited liability company organized under the laws of the State of New York.  Pinnacle LLC owns 100% of the membership interests in each of the following Debtors: (i) 18 Street Realty Co., LLC; (ii) 193 Street Realty Co., LLC; (iii) 30 Road Realty Co., LLC; (iv) 34 Avenue Realty Co., LLC; (v) 85-05 35 Avenue Realty Co., LLC; (vi) Broadway Realty I Co., LLC; (vii) Forest Parkway Realty Co., LLC; (viii) Hillside Realty I Co., LLC; and (ix) Park Lane South Realty Co., LLC.

2.      Non-Debtor entity GMP Holdings LLC ("**GMP LLC**") is a limited liability company organized under the laws of the State of Delaware.  GMP LLC owns 100% of the

membership interests in each of following Debtors: (i) 207 Realty LLC; (ii) 241 Sherman LLC; (iii) Audobon Realty LLC; and (iv) 402-412 West 148 LLC.

3.      Non-Debtor entity Pinnacle Crosstown LLC ("**Pinnacle Crosstown**") is a limited liability company organized under the laws of the State of New York.  Pinnacle Crosstown owns 100% of the membership interests in each of the following Debtors: (i) 233 Realty NY LLC; (ii) 237 Realty NY LLC; and (iii) 349 Realty NY LLC.

4.      Non-Debtor entity Pinnacle Holding Company II, LLC ("**Pinnacle II**") is a limited liability company organized under the laws of the State of New York.  Pinnacle II owns 100% of the membership interests in each of the following Debtors: (i) 2340 Valentine Avenue Realty Co., LLC; (ii) 43-60 Baychester, LLC; (iii) 63-94 Austin Realty, LLC; (iv) 94-06 34th Avenue Realty Co., LLC; (v) 94-06 34th Road Realty Co., LLC; (vi) Kingston Place Realty Co., LLC; and (vii) West 50th Street Realty Co., LLC.

5.      Non-Debtor entity Pinnacle Holding Company XXXV LLC ("**Pinnacle XXXV**") is a limited liability company organized under the laws of the State of New York. Pinnacle XXXV owns 100% of the membership interests in each of the following Debtors: (i) 1171 President LLC; (ii) 1362 Ocean LLC; (iii) 1535 Ocean LLC; (iv) 1554 Ocean LLC; (v) 176 Clarkson Ave LLC; (vi) 222 Lenox Rd LLC; (vii) 225 Parkside LLC; (viii) 292 St. Johns LLC; (ix) 307 12 St LLC; (x) 3301 Farragut LLC; (xi) 3410 Kingsbridge LLC; (xii) 426 East 22 St LLC; (xiii) 457 Schenectady LLC; (xiv) 481 Eastern LLC; (xv) 529 East 22 LLC; (xvi) 607 Rugby LLC; (xvii) 681 Ocean LLC; (xviii) 85 Clarkson LLC; (xix) 916 Carroll St LLC; (xx) 932 Carroll LLC; (xxi) 991 Carroll St LLC; and (xxii) 28-30 Argyle LLC.

6.      Non-Debtor entity Pinnacle Neiss LLC ("**Pinnacle Neiss**") is a limited liability company organized under the laws of the State of New York.  Pinnacle Neiss owns 100%

of the membership interests in each of the following Debtors: (i) 1023 Realty LLC; (ii) 1038

Realty LLC; (iii) 1042 Realty LLC; (iv) 1048 Realty LLC; (v) 1060 Realty LLC; (vi) 1280 Realty

NY LLC; (vii) 1296 Realty LLC; (viii) 1597 Realty LLC; (ix) 1601 Realty LLC; (x) 1820 Realty

LLC; (xi) 2102 Realty LLC; (xii) 330 Realty NY LLC; (xiii) 405 Realty LLC; (xiv) 470 Realty

NY LLC; (xv) 706 Realty NY LLC; (xvi) 915 Realty LLC; and (xvii) 990 Realty NY LLC.

       7.     Non-Debtor entity Pinnacle Marks LLC ("**Pinnacle Marks**") is a limited

liability company organized under the laws of the State of New York.  Pinnacle Marks owns 100%

of the membership interests in each of the following Debtors: (i) 1617 Realty LLC; (ii) 17 Realty

LLC; and (iii) 2513 Newkirk LLC.

       8.     Non-Debtor entity Pinnacle Holding Company XXXII LLC ("**Pinnacle**

**XXXII**") is a limited liability company organized under the laws of the State of New York.

Pinnacle XXXII owns 100% of the membership interests in the Debtor 2400 Realty NY LLC.

       9.     Non-Debtor entity The Zarasai Group LLC ("**ZG LLC**") is a limited

liability company organized under the laws of the State of New York.  ZG LLC owns 100% of the

membership interests in each of the following Debtors: (i) 115 East 21 Realty Co., LLC; (ii) 147

Realty Co., LLC; (iii) 25/35 Hillside Associates LLC; (iv) 281/295 Wadsworth Associates, LLC;

(v) 34 Seaman Associates, LLC; (vi) 509 Realty Co. LLC; (vii) 58 Elizabeth NY LLC;

(viii) Fieldstone NY LLC; (ix) Heath Realty LLC; (x) Treger Management LLC; and (xi) 40-15

Hampton LLC.

       10.     Non-Debtor entity The Zarasai Group II LLC ("**ZG II**") is a limited liability

company organized under the laws of the State of New York.  ZG II owns 100% of the membership

interests in each of the following Debtors: (i) 2 West 120th Realty Co. LLC; (ii) 45-35 Realty

LLC; (iii) 536 Realty Co. LLC; (iv) Manhattan Realty Co. LLC; and (v) Clinton Property Co., LLC.

11.    Non-Debtor entity Pinnacle Holding Company XXXIV LLC ("**Pinnacle XXXIV**") is a limited liability company organized under the laws of the State of New York. Pinnacle XXXIV owns 100% of the membership interests in non-Debtor GMP LLC.

12.    Non-Debtor entity Pinnacle Partners GP LLC ("**Pinnacle GP**") is a limited liability company organized under the laws of the State of Delaware.  Pinnacle GP owns 100% of the membership interests in non-Debtor Pinnacle XXXII.

13.    ZG LLC owns 100% of the membership interests in each of the following non-Debtor entities: (i) Pinnacle LLC; (ii) Pinnacle Crosstown; (iii) Pinnacle II; (iv) Pinnacle XXXV; (v) Pinnacle Neiss; (vi) Pinnacle Marks; (vii) Pinnacle XXXIV; and (viii) Pinnacle GP.

14.    Non-Debtor entities ZG LLC and ZG II are 99.9% owned by non-Debtor entity The Zarasai Group Ltd. ("**Zarasai Limited**") and 0.1% owned by non-Debtor entity The Zarasai Group NY Inc ("**Zarasai NY Inc**.").  Zarasai Limited is a privately held company incorporated as a BVI company under the laws of the British Virgin Islands Business Companies Act.  Mr. Joel Wiener and Ms. Sherry Wiener each own 45% of the ordinary shares of Zarasai Limited.  7.5% of the ordinary shares are held in trust by Mr. Joel Wiener for the benefit of Neil Wiener, Amy Landy, Darren Landy, Jessica Kaplan, Adam Kaplan, Beaumont Holding LLC, SM Realty NY LLC, and Moshe Weinberger.  2.5% of the ordinary shares are held in trust by Ms. Sherry Wiener for the benefit of Neil Wiener, Amy Landy, Darren Landy, Jessica Kaplan, Adam Kaplan, Beaumont Holding LLC, SM Realty NY LLC, and Moshe Weinberger. Zarasai NY Inc. is a corporation incorporated under the laws of the State of New York.  ZG NY Inc. is 100% owned by Zarasai Limited.

15.    To the best of the Debtors' knowledge and belief, as of the date hereof, no other person or entity directly or indirectly owns 10% or more of the equity interests in the Debtors.

16.    The Debtors do not, directly or indirectly, own 10% or more of any class of equity of a corporation whose securities are publicly traded.

17.    A copy of the organizational chart for the Debtors and their direct and indirect non-Debtor parents and subsidiaries is attached as **<u>Exhibit A</u>** hereto.

**<u>Exhibit A</u>**

**Organizational Chart**

**Debtors' Organizational Structure Chart**



**Fill in this information to identify the case:**

Debtor name:  85-05 35 Avenue Realty Co., LLC

United States Bankruptcy Court for the  Southern District of New York
(State)

Case number (*If known*):      25-_____ ( )

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Security Holders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 21, 2025     ✗    /s/ Joel Wiener
      MM /DD /YYYY            Signature of individual signing on behalf of debtor

                            Joel Wiener
                            Printed name

                            Authorized Signatory
                            Position or relationship to debtor